UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| **DERRICK LAMONT HARVEY,** | ) |
| Petitioner, | ) Case No. EDCV 15-2231-CAS(AJW) |
| v. | ) |
| | ) JUDGMENT |
| **STATE OF CALIFORNIA, J. BEARD, DIRECTOR, CDCR; E. VALENZUELA, Warden, et al.,** | ) |
| Respondents. | ) |

**It is hereby adjudged** that the petition for a writ of habeas corpus is dismissed for lack of jurisdiction.

Dated: November 4, 2014

*Christina A. Snyder*
Christina A. Snyder
United States District Judge